UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NORTH POLE USA, LLC, ) | |
| ) | |
| Plaintiff, Counterdefendant, ) | |
| ) | |
| vs. ) | Case number 4:06cv0148 TCM |
| ) | |
| WALTER L. PRICE, ) | |
| ) | |
| Defendant, Counterclaimant. ) | |

## ORDER

Defendant/counterclaimant moves this Court for leave to participate in the Markman hearing by telephone, explaining that there are four claims at issue and the parties will present only their respective arguments at the hearing. [Doc. 47] Additionally, counsel for Plaintiff consents to this request. The request is GRANTED.

On the Court's own motion, the Markman hearing is continued from its present setting of August 9, 2007, and is reset for **August 16 2007**, at 9:00 in the morning.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of July, 2007.